Commonwealth *v.* Abrams, Appellant.

Argued November 14, 1973. *John H. Corbett, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


Commonwealth *v.* Ackerman, Appellant.

Submitted November 13, 1973. *George T. Forssell, Jr.,* and *Jack, Kookogey and Forssell,* for appellant; *Bruce L. Smith,* Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.